# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lettow, Charles F. | U.S. Court of Federal Claims | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Ct. of Fed. Claims Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Place, N.W.
Washington, D.C.

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Busy Way Farms, Inc. (subchapter S farm entity wholly owned by family members, position is not compensated) |
| 2. Partner | Homestead Partnership (small farm entity wholly owned by family members; position is not compensated) |
| 3. Trustee | Famiy trust (position is not compensated) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1993 | Cleary, Gottlieb Steen & Hamilton retirement plan with former law firm, no control |
| 2. | (NOTE: An opinion from the Committee on Codes of Conduct dated June 12, 2003, considers that receipt of the retirement annuity provided under this plan accords |
| 3. | with the Code of Conduct for United States Judges.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Cleary, Gottlieb, Steen & hamilton (retirement annuity) | $678,819.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lettow, Charles F.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Portfolio Loan Account | O |
| 2. Pacific Life | Life Policy Loan | O |
| 3. Morgan Stanley | Portfolio Loan Account | P1 |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (H) IRA #1 | | | | | | | | | |
| 2. -Morgan Stanley Bank (cash equivalen) | A | Interest | K | T | | | | | |
| 3. -BGS | D | Dividend | M | T | | | | | |
| 4. -CL | D | Dividend | O | T | | | | | |
| 5. -LIN | D | Dividend | N | T | | | | | |
| 6. -PKG | E | Dividend | P1 | T | | | | | |
| 7. -SJM | D | Dividend | M | T | | | | | |
| 8. -TFC | E | Dividend | O | T | | | | | |
| 9. (H) Brokerage Act. #1 | | | | | | | | | |
| 10. -Morgan Stanley Bank (cash equivalent) | A | Interest | L | T | | | | | |
| 11. -BPT | A | Royalty | J | T | | | | | |
| 12. -COF | C | Dividend | O | T | | | | | |
| 13. -CL | D | Dividend | N | T | Sold (part) | 03/17/20 | M | D | |
| 14. | | | | | Sold (part) | 04/06/20 | K | D | |
| 15. -LIN | D | Dividend | N | T | Sold (part) | 03/10/20 | M | D | |
| 16. -PKG | D | Dividend | N | T | Sold (part) | 03/17/20 | M | G | |
| 17. | | | | | Sold (part) | 04/06/20 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lettow, Charles F.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PEP | A | Dividend | K | T | Sold (part) | 02/10/20 | K | E | |
| 19. | | | | | Sold (part) | 03/13/20 | L | D | |
| 20. -SJM | A | Dividend | K | T | Sold (part) | 02/10/20 | K | D | |
| 21. | | | | | Sold (part) | 03/13/20 | M | F | |
| 22. -TFC | D | Dividend | M | T | | | | | |
| 23. (H) Trust #1 | | | | | | | | | |
| 24. -Morgan Stanley Bank (cash equivalent | A | Interest | K | T | | | | | |
| 25. -MMM (3M) | D | Dividend | M | T | | | | | |
| 26. -BPT | A | Royalty | J | T | | | | | |
| 27. -COF | C | Dividend | O | T | | | | | |
| 28. -CL | E | Dividend | O | T | | | | | |
| 29. -GIS | D | Dividend | M | T | | | | | |
| 30. -LIN | B | Dividend | M | T | | | | | |
| 31. -PKG | E | Dividend | O | T | | | | | |
| 32. -PEP | D | Dividend | M | T | | | | | |
| 33. -SJM | D | Dividend | M | T | | | | | |
| 34. -TFC | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lettow, Charles F.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    -WFC | A | Dividend | K | T | | | | | |
| 36.    -Stoneham Partners | | None | P1 | Q | | | | | See Part VIII |
| 37.    -Vorbeck Materials pfd.stock | | None | N | Q | | | | | See Part VIII |
| 38.    -Vorbeck Materials bridge loan | | None | P1 | Q | Buy<br>(add'l) | 02/20/20 | K | | See Part VIII |
| 39. | | | | | Buy<br>(add'l) | 03/04/20 | K | | |
| 40. | | | | | Buy<br>(add'l) | 03/31/20 | L | | |
| 41. | | | | | Buy<br>(add'l) | 04/16/20 | L | | |
| 42.    USAA Money Mkt. Fund (cash equivalent) | B | Dividend | K | T | | | | | |
| 43.    Thrivent Whole Life | A | Distribution | J | U | | | | | |
| 44.    USAA Whole Life 1 | B | Distribution | K | U | | | | | |
| 45.    USAA Whole Life 2 | B | Distribution | L | U | | | | | |
| 46.    Pacific Life Variable (Fixed LT Account) | D | Distribution | O | U | | | | | |
| 47.    USAA Subsc. Sav. Act. | B | Distribution | J | U | | | | | |
| 48.    Busy Way Farms | D | Int./Div. | P1 | U | | | | | |
| 49.    B&T Bank Act. (cash equivalent) | | None | J | T | | | | | |
| 50.    Homestead Partnership | C | Interest | L | U | | | | | |
| 51.    Stoneham Partners | A | Interest | P1 | U | | | | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lettow, Charles F.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.　Vorbeck Materials pfd. stock | | None | O | U | | | | | |
| 53.　Vorbeck Materials bridge loan | | None | P1 | U | Buy<br>(add'l) | 01/08/20 | L | | |
| 54. | | | | | Buy<br>(add'l) | 01/22/20 | L | | |
| 55. | | | | | Buy<br>(add'l) | 02/04/20 | L | | |
| 56. | | | | | Buy<br>(add'l) | 03/16/20 | K | | |
| 57. | | | | | Buy<br>(add'l) | 09/17/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lettow, Charles F.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding lines 36, 37, and 38, appraisals for estate purposes were made in late 2016, as of June 12, 2016. There have been no material changes in the pertinent assets since then.

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Charles F. Lettow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544